UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAWN M. JOYNER,                                    :

         Plaintiff,                          :            ORDER

-against-                                          :
                                                                           20 Civ. 10093 (AT) (GWG)
                                                     :

ALSTON & BIRD LLP, et al.,                         :

         Defendants.                         :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On January 8, 2021, the Court issued an Order setting a briefing schedule on the pending motion to dismiss. At the time the Court issued the Order, it was unaware that plaintiff had filed an amended complaint (Docket # 14). In light of the filing of that complaint, the defendant's pending motion to dismiss (Docket # 9) is deemed withdrawn. Any answer to the amended complaint shall be filed by January 29, 2021. If defendant wishes to file a motion to dismiss in lieu of answer, the pre-motion conference requirement is waived and the motion shall be filed on or before January 29, 2021. Plaintiff shall file any response to the motion by February 19, 2021. Defendant shall file any reply by March 5, 2021.

      Plaintiff may file any response by email by sending it in pdf form to Temporary_Pro_Se_Filing@nysd.uscourts.gov

      In the alternative, the response may be mailed to Pro Se Docketing, 500 Pearl Street, New York, NY 10007.

      The Clerk is requested to mail a copy of this Order to plaintiff.

1

SO ORDERED.

Dated: January 11, 2021
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge